764

Commonwealth ex rel. Austin, Appellant, v. Myers.

Submitted March 21, 1966. *Leroy Austin*, appellant, in propria persona; *Gordon Gelfond* and *Joseph M. Smith*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Beecham, Appellant, v. Myers.

Submitted March 21, 1966. *William M. Beecham*, appellant, in propria persona; *Domenic D. Jerome*, First Assistant District Attorney, and *Jacques H. Fox*, District Attorney, for appellee.

Order affirmed.

ERVIN, P. J., took no part in the consideration or decision of this case.

Commonwealth ex rel. Bezanis, Appellant, v. Myers.

Argued March 23, 1966. *Vincent J. Ziccardi*, Assistant Defender, with him *Bernard L. Segal*, First Assistant Defender, and *Herman I. Pollock*, Defender, for appellant; *Joseph M. Smith*, Assistant District Attorney, with him *Leslie J. Carson*, Assistant District Attorney, and *Arlen Specter*, District Attorney, for appellee.

Order affirmed.